BRUSH ELECTRIC LIGHT AND POWER COMPANY *v.* WELLS.

SIMMONS, C. J.    Where the losing party in the trial of an action in the court below moves for a new trial upon many grounds, and the trial judge, by written order, grants the motion generally, the movant can not except to the grant of his motion, although in a colloquy between his counsel and the judge the latter may have stated that the new trial was granted for reasons other than those given in the motion.

*Writ of error dismissed.    All the Justices concurring.*

Argued June 12, — Decided July 20, 1901.

Motion for new trial.    Before Judge Norwood.    City court of Savannah.    September 7, 1900.

*A. C. Wright* and *Saussy & Saussy,* for plaintiff in error.
*Twiggs & Oliver,* contra.